UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Aspire Health, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: _____ |
| | ) |
| JOHN DOE I | ) JURY DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Aspire Health, Inc. ("Aspire"), by and through its undersigned counsel, submits the following corporate disclosure statement:

Aspire is a wholly owned subsidiary of Anthem, Inc. and no corporation, unincorporated association, partnership or other business entity owns more than ten percent stock or is known to have a financial interest in the outcome of this litigation. Anthem, Inc. is a publicly-traded company on the New York Stock Exchange.

Dated September 21, 2018.    NELSON MULLINS RILEY & SCARBOROUGH LLP

            By: */s/ James A. Haltom*
               James A. Haltom (BPR No. 28495)
               150 Fourth Avenue, North, Suite 1100
               Nashville, TN  37219
               Phone:  (615) 664-5339
               E-Mail:  james.haltom@nelsonmullins.com
               *Attorney for Plaintiff  Aspire Health, Inc.*